AARON D. FORD
  Attorney General
NATHAN M. CLAUS (Bar No. 15889)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-7629 (phone)
(702) 486-3768 (fax)
Email: nclaus@ag.nv.gov

*Attorneys for Interested Party
Nevada Department of Corrections*

☑ FILED    ___ RECEIVED
___ ENTERED    ___ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 2, 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL TELLIS, | Case No. 3:23-cv-00489-MMD-CSD |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| STATE OF NEVADA, et al., | |
| Defendants. | |

Plaintiff, Micheal Tellis, and Interested Party, Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Nathan M. Claus, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby stipulate and agree that this matter be dismissed with prejudice by Order of this Court, each party to bear their own attorney's fees and costs.

DATED this 14 of Oct 2024.

By: _____
Michael Tellis, #1062008
~~Plaintiff~~, pro se

DATED this 1st of October, 2024.

AARON D. FORD
Attorney General

By: /s/ Nathan M. Claus
Nathan M. Claus, Esq. (Bar No. 15889)
Deputy Attorney General

*Attorneys for Defendants*

**IT IS SO ORDERED**

DATED this 2nd day of December 2024.

_____
Miranda M. Du, U.S. District Judge

# CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on November 27, 2024, I electronically filed the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

>    Michael Tellis #1062008
>    Northern Nevada Correctional Center
>    P.O. Box 7000
>    Carson City, Nevada 89702
>    *Plaintiff, Pro Se*

>    /s/ Andrea Beckett
>    ANDREA BECKETT, an employee of the
>    Office of the Nevada Attorney General